# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JOSE PAZ DURAN,

     Petitioner,

v.                                                                    No. 1:26-cv-1201-SMD-LF

FNU LNU, Warden, Torrance County Detention Facility,

     Respondent.

## ORDER GRANTING MOTION FOR EXTENSION AND MOTION TO PROCEED IN FORMA PAUPERIS

THIS MATTER is before the Court on Petitioner's Motion for Extension of Time. (Doc. 5).   Petitioner is proceeding *pro se* and is detained at the Torrance County Detention Center. Petitioner initiated this proceeding by filing a petition raising claims regarding, *inter alia*, mailing issues at the facility, lack of library access, and lack of access to legal resources.   (Doc. 1) at 1-5. On April 21, 2026, the Court directed Petitioner to file an amended Section 2241 petition, or a different complaint form if he does not seek habeas relief under Section 2241, no later than May 12, 2026.   (Doc. 3) (Order Directing Amendment).   Petitioner asks the Court to extend this deadline due to delays accessing legal resources.   (Doc. 5) at 2.   The Court grants the Motion for Extension of Time and will extend Petitioner's deadline to file an amended Section 2241 Petition to June 29, 2026.   As explained in the Order Directing Amendment, Petitioner should include details about what relief he seeks, including what process he has received in Immigration Court if he seeks relief relating to his immigration detention.   The failure to timely file a petition stating what claims Petitioner is pursuing may result in dismissal of this mixed pleading without prejudice to filing individual cases raising either habeas or civil rights claims.

Also before the Court is Petitioner's Motion to Proceed In Forma Pauperis.   (Doc. 4).   It appears Petitioner is unable to prepay the $5.00 habeas filing fee. The Court will grant the Motion to Proceed In Forma Pauperis (Doc. 4) pursuant to 28 U.S.C. § 1915(b)(4), and Petitioner shall be excused from prepaying the filing fee.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (**Doc. 5**) is **GRANTED**, and Petitioner's deadline to file an amended petition as specified in the Order Directing Amendment, Doc. 3, is extended to **June 29, 2026**.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Proceed In Forma Pauperis. (**Doc. 4**) is **GRANTED.**

SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE

2